441 A.2d 773

Commonwealth v. Drake, Appellant.
Petition for Allowance of Appeal Denied April 7, 1982.

Argued January 20, 1981. A. Charles Peruto, Jr., for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.